■ ROBERT WILCOX, Respondent, v ALLAN MORROW et al., Appellants. (Appeal No. 2.) [642 NYS2d 853] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Niagara County, Rath, Jr., J.—Set Aside Verdict.) Present—Denman, P. J., Green, Fallon, Callahan and Doerr, JJ.